AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) | |
| William Duke Zeeb | ) | USDC Case Number:  CR-18-00039-001 JSW |
| | ) | BOP Case Number:  DCAN418CR00039-001 |
| | ) | USM Number:  24678-111 |
| | ) | Defendant's Attorney:  Joyce Leavitt (AFPD) |

## THE DEFENDANT:

☑  admitted to Charge(s): <u>One through Four</u> of the Petition for Warrant filed on <u>July 22, 2025</u>.

☐  was found in violation of Charge(s): _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Law Violation – False Personation; Obstructing a Public Officer | June 16, 2025 |
| Two | Failure to Reside at a Residential Reentry Center | April 29, 2025 |
| Three | Unlawful Use of a Controlled Substance | April 28, 2025 |
| Four | Failure to Report to the Probation Officer | May 29, 2025 |

The defendant is sentenced as provided in page 2 of this judgement. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  Charge _____ is dismissed on motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  <u>3707</u>

Defendant's Year of Birth:  <u>1993</u>

City and State of Defendant's Residence:
<u>Antioch, California</u>

6/9/2026
Date of Imposition of Judgment

Signature of Judge
The Honorable Jeffrey S. White
Senior United States District Judge
Name & Title of Judge

July 9, 2026
Date Signed

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  William Duke Zeeb                                                                       Judgment - Page 2 of 2
CASE NUMBER:  CR-18-00039-001 JSW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Thirteen (13) months of custody with no term of supervised release to follow.

☐      The Court makes the following recommendations to the Bureau of Prisons:

☐      The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.
         Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in
         the Clerk's Office.

☐      The defendant shall surrender to the United States Marshal for this district:

         ☐      at _____   ☐ am   ☐ pm    on _____ (no later than 2:00 pm).

         ☐      as notified by the United States Marshal.

         The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
         returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

         ☐      at _____   ☐ am   ☐ pm    on _____ (no later than 2:00 pm).

         ☐      as notified by the United States Marshal.

         ☐      as notified by the Probation or Pretrial Services Office.

         The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
         returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL